

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**,
Appellant

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Roxanne G. Soto-Serna's notification of late record is hereby NOTED. The reporter's record is due no later than June 21, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court